IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH THOMAS MIZE, <br><br> Defendant. | Case No. 19-00093-01-CR-W-GAF |

## MOTION TO DISMISS

Comes now the United States of America, by and through its undersigned counsel, and moves this Court pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the charges contained in the Indictment as they pertain to defendant KENNETH THOMAS MIZE, as he is deceased.

                                          Respectfully submitted,

                                          Teresa A. Moore
                                          Acting United States Attorney

                    By    */s/Catherine Connelly*

                                            Catherine Connelly
                                          Assistant United States Attorney

                                          Special Victims Unit
                                          Charles Evans Whittaker Courthouse
                                          400 East Ninth Street, Room 5510
                                          Kansas City, Missouri 64106
                                          Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was delivered on September 23, 2021, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                     */s/Catherine Connelly*
                                                    Catherine Connelly
                                                    Assistant United States Attorney